AMELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5087
   FAX: (408) 535-5081
   michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AL ZEINY, | No. 12-2752 EJD |
|     Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| UNITED STATES OF AMERICA et al., | |
|     Defendants. | |

Pursuant to the administrative motion filed by defendant United States of America, and good cause appearing, IT IS HEREBY ORDERED that the currently ordered schedule for the initial case management conference and related deadlines for this case is VACATED. The following schedule will instead apply to this case.

| | |
|---|---|
| November 2, 2012 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| November 9, 2012 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |

November 16, 2012, 10:00 a.m.     Case Management Conference

IT IS SO ORDERED.

DATED: September 12, 2012

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING CONTINUANCE OF CMC AND RELATED DEADLINES
Case No. 12-2752 EJD        -2-