1  AMELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5087
       FAX: (408) 535-5081
6      michael.t.pyle@usdoj.gov

7  Attorneys for United States of America

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12

13 AL ZEINY,                           )   No. 12-2752 EJD
                                       )
14         Plaintiff,                  )   [PROPOSED] ORDER GRANTING
                                       )   DEFENDANT'S ADMINISTRATIVE
15     v.                              )   MOTION FOR ORDER CONTINUING
                                       )   CASE MANAGEMENT
16 UNITED STATES OF AMERICA et al.,    )   CONFERENCE AND RELATED
                                       )   DEADLINES
17         Defendants.                 )
                                       )
18 _____ )

19     Pursuant to the administrative motion filed by defendant United States of America, and

20 good cause appearing, IT IS HEREBY ORDERED that the currently ordered schedule for the

21 initial case management conference and related deadlines for this case is VACATED.   The

22 following schedule will instead apply to this case.

23

24 November 2, 2012          Last day to meet and confer re: initial disclosures, early
                             settlement, ADR process selection, and discovery plan;
25                           last day to file Joint ADR Certification with Stipulation to
                             ADR Process or Notice of Need for ADR Phone
26                           Conference

27 November 9, 2012          Last day to file Rule 26(f) Report, complete initial
                             disclosures or state objection in Rule 26(f) Report; last
28                           day to file Case Management Statement

[PROPOSED] ORDER GRANTING CONTINUANCE OF CMC AND RELATED DEADLINES
Case No. 12-2752 EJD                     -1-

1
2   __November 16__, 2012, 10:00 a.m.        Case Management Conference

3        IT IS SO ORDERED.

4
5   DATED: __September 12, 2012__           _____
6                                            EDWARD J. DAVILA
                                             UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING CONTINUANCE OF CMC AND RELATED DEADLINES
Case No.  12-2752 EJD                          -2-