```
1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348 )
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4      150 Almaden Blvd., Suite 900
       San Jose, California 95113
5      Telephone: (408) 535-5087
       FAX: (408) 535-5081
6      michael.t.pyle@usdoj.gov

7  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AL ZEINY, ) | No. 12-2752  EJD |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE** |
| v. ) | |
| UNITED STATES OF AMERICA et al., ) | |
| Defendants. ) | |

Pursuant to the administrative motion filed by defendant United States of America, and good cause appearing, IT IS HEREBY ORDERED that the currently ordered date for the initial case management conference is continued from November 16, 2012 at 10:00 a.m. to November 30, 2012 at 10:00 a.m.  All other dates previously set by the Court remain in place.

IT IS SO ORDERED. The parties shall file a joint Case Managmeent Conference Statement on or before November 21, 2012.

DATED: September 27, 2012

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING CONTINUANCE OF CMC
Case No.  12-2752 EJD

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANTS' ADMINISTRATIVE MOTION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE; DECLARATION OF MICHAEL T. PYLE;**

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE DATE**

**AL ZEINY vs. UNITED STATES OF AMERICA et al.**
**Case No.  12-2752  EJD**

to be served this date upon the party(ies) as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___    **PERSONAL SERVICE (BY MESSENGER)**

___    **FACSIMILE (FAX)**

___    **FEDERAL EXPRESS**

___    **HAND-DELIVERED**

to the parties addressed as follows:

**Al Zeiny**
**20471 Williams Avenue**
**Saratoga, CA 95070**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September, 2012, at San Jose, California.

/s/ *Mimi Lam*
_____
Mimi Lam
Legal Assistant