UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL ZEINY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 17-cv-07023-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Davila for consideration of whether the case is related to 12-cv-2752-EJD, *Zeiny v. United States*.

**IT IS SO ORDERED.**

Dated: December 19, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge